**Order entered June 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00548-CR

**SHEREE ESPINOSA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-85977-2012**

## ORDER

The Court **REINSTATES** the appeal.

On May 24, 2013, we ordered the trial court to make findings regarding why the clerk's and reporter's record had not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant had been unable to timely pay for the records because she was on unpaid medical leave for a short period of time; and (3) appellant has now paid for the records. We received the clerk's record on May 22, 2013.

We **ORDER** court reporter Tammy Landers to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Tammy Landers, certified shorthand reporter, and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE